AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RUBEN AGUILAR (8) ) | Case No: 2:11-CR-0048-JCM-CWH |
| aka Payaso ) | |
| ) | USM No: 45719-048 |
| Date of Original Judgment: 04/16/2012 ) | |
| Date of Previous Amended Judgment: ) | TERRENCE JACKSON |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __108__ months **is reduced to** __87 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/16/2012__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 16, 2014

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James C. Mahan, U.S. District Judge
*Printed name and title*

Case 2:11-cr-00048-JCM-CWH   Document 357   Filed 12/16/14   Page 2 of 2

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: RUBEN AGUILAR (8) aka Payaso
CASE NUMBER: 2:11-CR-0048-JCM-CWH
DISTRICT: District of Nevada

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 29 | Amended Total Offense Level: 27 | |
| Criminal History Category: III | Criminal History Category: III | |
| Previous Guideline Range: 108 to 135 months | Amended Guideline Range: 87 to 108 months | |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✔] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

[Print]  [Save As...]  [Add Attachment]  [Reset]