UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-48 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| RUBEN AGUILAR, | |
| Defendant(s). | |

Presently before the court is *pro se* defendant Ruben Aguilar's ("defendant") motion for appointment of counsel. (Doc. # 374). Also before the court is defendant's motion for a sentence reduction under Amendment 782 of 18 U.S.C. § 3582(c). (Doc. # 375). Finally before the court is the government's motion to dismiss defendant's motion for a sentence reduction as moot. (Doc. # 376).

On November 7, 2014, defendant filed his first motion for a sentence reduction. (Doc. # 356). On December 16, 2014, the court granted defendant's motion and issued an order reducing his sentence from 108 months' imprisonment to 87 months' imprisonment. (Doc. # 357).

In light of the foregoing, defendant's instant motions are moot. Defendant has already been granted a sentence reduction based on Amendment 782 of 18 U.S.C. § 3582(c). The court will therefore grant the government's motion and deny defendant's motions as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendant's motion for appointment of counsel, (doc. # 374), be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant's motion for a sentence reduction, (doc. # 375), be, and the same hereby is, DENIED as moot.

James C. Mahan
U.S. District Judge

1    IT IS FURTHER ORDERED that the government's motion to dismiss defendant's motion
2    for a sentence reduction as moot, (doc. # 376), be, and the same hereby is, GRANTED.
3    DATED July 27, 2015.

_____
UNITED STATES DISTRICT JUDGE